RUDOLPH BRAUN, an Infant, by WILLIAM BRAUN, His Guardian ad Litem, Respondent, *v.* WILLIAM R. H. MARTIN et al., Doing Business under the Name of ROGERS, PEET & COMPANY et al., Appellants.

*Braun* v. *Martin*, 157 App. Div. 914, affirmed.
(Argued December 1, 1914; decided December 15, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 28, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the driver of a motor truck hired by the defendants. The question at issue was as to whether the driver was in the employ of the defendants or of the company from which the truck was hired.

*I. R. Oeland* for appellants.

*Ogden L. Mills* and *Edward U. Roth* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ. Dissenting: WILLARD BARTLETT, Ch. J. Absent: WERNER, J.